# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

STAR ENERGY CORPORATION,

     Plaintiff,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 08-cv-00329

-against-

RSM TOP-AUDIT, RSM INTERNATIONAL LIMITED, ELENA P. LOSS, SERGEY SALNIKOV, ARMENAK SAFAROV, and JOHN DOES 1-5.

     Defendants.

To:

RSM International Limited
11 Old Jewry
2nd Floor
London
EC2R 8DU

  **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of the Court and serve upon Plaintiff's attorney:

Martin P. Russo, Esq.
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022

an answer to the first amended complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*Marcos Quintero* (signature)

BY DEPUTY CLERK

JAN 29 2008

DATE

10871367.2

SFP 2008 - 1235

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date):
   que le demande a ete executee le (date):
   **Friday 15 February 2008**

   -at (place, street, number):
   -a (localite, rue, numero):
   **Second Floor, 11 Old Jewry, London, EC2R 8DU, England**

   - in one of the following methods authorised by article 5:
   - dans une des formes suivantes prevues a l'article 5:

   a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
      ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   b) in accordance with the following particular method:
      selon la forme particuliere suivante:
      **Personally served upon RSM International Limited at the direction of the Senior Master of the Queen's Bench Division of the Supreme Court of England and Wales by the agent for the purpose of Graham Henry Bridgman, a Solicitor of the Supreme Court of England and Wales, by a method prescribed by the internal law of England and Wales for the service of documents in domestic actions upon persons who are within its territory**

   c) ~~by delivery to the addressee, who accepted it voluntarily~~
      ~~par remise simple~~

   the documents referred to in the request have been delivered to:
   les documents mentionnes dans la demande ont ete remis a:

   - (identity and description of person):
   - (identite et qualite de la personne):
     **Judit Petho**

   - relationship to the addressee (family, business or other):
   - liens de parente de subordinaion ou autres avec le desinataire de l'acts:
     **Director of Strategic and Economic Research for RSM International Limited**

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses detailed in the attached statement~~
~~conformenent a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint~~

Annexes
Documents returned
Pieces renvoyees
in appropriate cases, documents establishing the service
le cas echeant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date): _22nd February 2008_
le:

Signature and/or stamp:
Signature et/ou cachet:

26.1.306

[Stamp: SUPREME COURT OF ENGLAND & WALES, FOREIGN PROCESS SECTION, 22 FEB 2008]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAR ENERGY CORPORATION,<br>　　　　　Plaintiffs,<br>v.<br><br>RSM TOP-AUDIT, RSM INTERNATIONAL LIMITED, ELENA P. LOSS, SERGEY SALNIKOV, ARMENAK SAFAROV, and JOHN DOES 1-5,<br>　　　　　Defendants. | Civil Action, File No. 08-00329 |

**Witness Statement of Service in accordance with sub paragraph (b)
of the first paragraph of article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents in Civil or Commercial Matters**

I, DAVID LLEWELYN MORGAN, Process Server, of 19 Hillside Drive, Grantham, NG31 7EZ, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman a Solicitor of the Supreme Court of England and Wales who was in turn acting at the direction of the Central Authority of England and Wales.

2. On Friday the 15th day of February 2008 before 1700 hours I served RSM International Limited, one of the Defendants herein, with the Summons in a Civil Action, together with the Civil Cover Sheet, the First Amended Complaint, the Individual Practices of Judge Denny Chin, and the Individual Practices of Judge Francis, together with the Hague Convention Summary of the Document to be Served and its Attachment 'A' and the Hague Convention Notice, by handing them to and leaving them with Judit Petho, who acknowledged herself to be Director of Strategic and Economic Research for RSM International Limited, at its premises on the second floor at 11 Old Jewry, London, EC2R 8DU, England, being its registered office, which is a method of service in accordance with English Court rules.

3. Exhibited hereto marked "A" is a bundle containing a copy of each of the documents so served by me.

4. Service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

I believe that the facts stated in this witness statement are true

**Dated:** 17 February 2008

**Signed:** _____
　　　　　　DAVID LLEWELYN MORGAN

I hereby certify that this is a true copy of the original

signature _____
G H Bridgman LLB Solicitor

Date 19 February 2008

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAR ENERGY CORPORATION,<br>Plaintiffs,<br>v.<br><br>RSM TOP-AUDIT, RSM INTERNATIONAL LIMITED, ELENA P. LOSS, SERGEY SALNIKOV, ARMENAK SAFAROV, and JOHN DOES 1-5,<br>Defendants. | Civil Action, File No. 08-00329 |

---

Exhibit A to the Witness Statement of David Llewelyn Morgan

---

This is the exhibit marked "A" to my witness statement dated today.

**Dated:**   17 February, 2008

**Signed:**   _/s/ David Llewelyn Morgan_
    DAVID LLEWELYN MORGAN

A-1

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:** Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :* LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties*:**
*Identité des parties :* STAR ENERGY CORPORATION, *Plaintiff*
RSM TOP-AUDIT, RSM INTERNATIONAL LIMITED, ELENA P. LOSS, SERGEY SALNIKOV,
ARMENAK SAFAROV, and JOHN DOES 1-5, *Defendants*

## JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :* See Attachment "A."

**Date and place for entering appearance**:**
*Date et lieu de la comparution :* Defendant is summoned and required to file with the Clerk of the Court and serve upon Plaintiff's Attorney (Nixon Peabody LLP) an Answer to the First Amended Complaint within twenty (20) days after service of the Summons, exclusive of the day of service. Any Answer the Defendant serves on the parties to this action must be filed within a reasonable period of time after service with the Clerk of the United States District Court, Southern District of New York located at: 500 Pearl Street, New York, New York 10007, U.S.A.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :* N/A

**Date of judgment**:**
*Date de la décision :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :* Defendant is summoned and required to file with the Clerk of the Court and serve upon Plaintiff's Attorney (Nixon Peabody LLP) an Answer to the First Amended Complaint within twenty (20) days after service of the Summons, exclusive of the day of service. If Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint. Any Answer the Defendant serves on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

## EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :* N/A

---

* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
** Delete if inappropriate.
*Rayer les mentions inutiles*

*U.S. Government Printing Office: 1990-262-221/15302*

3

Attachment "A"
to "Summary of the Document to be Served"

Plaintiff Star Energy Corporation alleges against Defendants RSM Top-Audit, RSM International Limited, Elena P. Loss, Sergey Salnikov, Armenak Safarov, and John Does 1-5 that they acted in concert as an enterprise known as the "Salnikov Criminal Enterprise" in a RICO conspiracy with the objective of attracting U.S. investment to Russian companies by falsifying financial statements to defraud acquiring companies and their U.S. shareholders. Using Defendants RSM International and RSM Top-Audit as a vehicle, the members of the Salnikov Criminal Enterprise created and presented to the Plaintiff a business plan and false financial statements that grossly overvalued the assets of Volga-Neff Limited Company, upon which reliance Plaintiff based its purchase. To minimize exposure and in the hope of continuing its pattern of racketeering activity, the Defendants arranged for Volga-Neff to rescind the acquisition by Plaintiff. Nevertheless, as a result of the aforementioned conduct, Plaintiff has suffered significant financial damage and injury to its reputation for which it now seeks redress through this action.

Plaintiff alleges violations of RICO, common law fraud, respondent superior, and aiding and abetting common law fraud.

Plaintiff demands judgment on all claims, compensatory and treble damages plus interest, costs and attorneys' fees.

## NOTICE
*(recommended by the Fourteenth Session of Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

RSM INTERNATIONAL LIMITED
(Company No. 04040598)
2nd Floor, 11 Old Jewry
London EC2R 8DU
UNITED KINGDOM

---

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Legal Services for New York City
350 Broadway
New York, New York 10013
U.S.A.
Tel. 1.212.431.7200

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Legal Services for New York City
350 Broadway
New York, New York 10013
U.S.A.
Tel. 1.212.431.7200