David E. Kendall (8983)
Steven M. Farina
Thomas H. L. Selby
Jonathan Kravis

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Defendant RSM International Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STAR ENERGY CORPORATION,

                Plaintiff,

    - against -

RSM TOP-AUDIT, *et al.*,

                Defendants.
-----------------------------------------------------------------X

No. 08 Civ. 00329

## MOTION FOR *PRO HAC VICE* ADMISSION OF STEVEN FARINA

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for the admission *pro hac vice* of the following attorney in the above-captioned matter:

    Steven Farina, Esquire
    Williams & Connolly LLP
    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    Tel. (202) 434-5000
    Fax. (202) 434-5029

This Motion is based on the accompanying Affidavit of David Kendall and the Certificate of Good Standing of the state bars of which Mr. Farina is a member. A proposed Order is attached hereto.

- 2 -

Dated: March 24, 2008                          Respectfully submitted,

                                               By: *David Kendall* /jk
                                               David Kendall (DK 8983)

                                               WILLIAMS & CONNOLLY LLP
                                               725 Twelfth Street, N.W.
                                               Washington, D.C. 20005
                                               Tel. (202) 434-5000
                                               Fax. (202) 434-5029

                                               *Attorney for Plaintiffs*

David E. Kendall (8983)
Steven M. Farina
Thomas H. L. Selby
Jonathan Kravis

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Defendant RSM International Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STAR ENERGY CORPORATION,

                Plaintiff,

    - against -

RSM TOP-AUDIT, *et al.*,

                Defendants.
-----------------------------------------------------------------X

No. 08 Civ. 00329

### AFFIDAVIT OF DAVID KENDALL IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF STEVEN FARINA

I, DAVID KENDALL, declare as follows:

    1.    I am an attorney with the law firm of Williams & Connolly LLP, attorneys for Plaintiffs in the above-captioned matter, and a member in good standing of the bar of this Court. I submit this affidavit in support of the Motion for *Pro Hac Vice* Admission of Steven Farina in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

    2.    I have known and worked with Mr. Farina since 1993. Mr. Farina is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

- 2 -

3.    In connection with this motion, I am submitting Certificates of Good Standing issued by the state bars of which Mr. Farina is a member. I am aware of no pending disciplinary proceedings against Mr. Farina in any state or federal court.

4.    For the foregoing reasons, I respectfully move the *pro hac vice* admission of Steven Farina in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on March 24, 2008.

_____
David Kendall (DK 8983)

Washington, District of Columbia
The foregoing instrument was subscribed and sworn to before me this __24th__ day of __March 2008__
by __Kathy E. Johnson__, Notary Public
My Commission Expires __March 14, 2011__



# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Steven Michael Farina

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on March 10, 1992 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, March 18, 2008.

*Juleann Hornyak*

Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

STEVEN M. FARINA

was on the 12TH day of MARCH, 1993 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 17, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
        Deputy Clerk

- 2 -

## CERTIFICATE OF SERVICE

I, Jonathan Kravis, hereby certify that on this 24th day of March, 2008, I caused a true and correct copy of the foregoing Notice of Motion for *Pro Hac Vice* Admission of Steven Farina to be served via first class mail, postage prepaid (with a courtesy copy by Federal Express) upon:

>Martin P. Russo
>Alison B. Cohen
>Nixon Peabody LLP
>437 Madison Avenue
>New York, NY 10022
>*Counsel for Plaintiff*

_____
Jonathan Kravis

David E. Kendall (8983)
Steven M. Farina
Thomas H. L. Selby
Jonathan Kravis

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Defendant RSM International Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STAR ENERGY CORPORATION,

                Plaintiff,

  - against -

RSM TOP-AUDIT, *et al.*,

                Defendants.
-----------------------------------------------------------------X

No. 08 Civ. 00329

## [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Steven Farina, Esquire, in the above-captioned matter, it is this ___ day of March 2008, hereby

    ORDERED that the motion is GRANTED, and

    IT IS FURTHER ORDERED THAT Steven Farina shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

                SO ORDERED:

                _____
                    United States District Judge