David E. Kendall (8983)
Steven M. Farina
Thomas H. L. Selby
Jonathan Kravis

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Defendant RSM International Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STAR ENERGY CORPORATION,

                Plaintiff,

   - against -

RSM TOP-AUDIT, *et al.*,

                Defendants.
-----------------------------------------------------------------X

No. 08 Civ. 00329

## MOTION FOR *PRO HAC VICE* ADMISSION OF JONATHAN I. KRAVIS

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for the admission *pro hac vice* of the following attorney in the above-captioned matter:

        Jonathan I. Kravis, Esquire
        Williams & Connolly LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Tel. (202) 434-5000
        Fax. (202) 434-5029

This Motion is based on the accompanying Affidavit of David Kendall and the Certificate of Good Standing of the state bars of which Mr. Kravis is a member. A proposed Order is attached hereto.

- 2 -

Dated: March 24, 2008                    Respectfully submitted,

                                         By: *David Kendall /jk*
                                         David Kendall (DK 8983)

                                         WILLIAMS & CONNOLLY LLP
                                         725 Twelfth Street, N.W.
                                         Washington, D.C. 20005
                                         Tel. (202) 434-5000
                                         Fax. (202) 434-5029

                                         *Attorney for Plaintiffs*

David E. Kendall (8983)
Steven M. Farina
Thomas H. L. Selby
Jonathan Kravis

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Defendant RSM International Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STAR ENERGY CORPORATION,

                Plaintiff,

    - against -

RSM TOP-AUDIT, *et al.*,

                Defendants.
-----------------------------------------------------------------X

No. 08 Civ. 00329

### AFFIDAVIT OF DAVID KENDALL IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF JONATHAN I. KRAVIS

I, DAVID KENDALL, declare as follows:

1. I am an attorney with the law firm of Williams & Connolly LLP, attorneys for Plaintiffs in the above-captioned matter, and a member in good standing of the bar of this Court. I submit this affidavit in support of the Motion for *Pro Hac Vice* Admission of Jonathan I. Kravis in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2. I have known and worked with Mr. Kravis since November 2006, when Mr. Kravis joined Williams & Connolly LLP as an associate attorney. Mr. Kravis is an attorney of

- 2 -

the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

3.  In connection with this motion, I am submitting Certificates of Good Standing issued by the state bars of which Mr. Kravis is a member. I am aware of no pending disciplinary proceedings against Mr. Kravis in any state or federal court.

4.  For the foregoing reasons, I respectfully move the *pro hac vice* admission of Jonathan I. Kravis in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on March 24, 2008.

                                             David Kendall (DK 8983)

Washington, District of Columbia
The foregoing instrument was subscribed and sworn to before me this ___24th___ day of ___March___ ___2008___
by ___Katy E. John___, Notary Public
My Commission Expires ___March 14, 2011___



- 2 -



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jonathan Ian Kravis, Esq.*

**DATE OF ADMISSION**

*October 25, 2004*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: March 17, 2008**

_____
Patricia A. Nicola
Chief Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JONATHAN I. KRAVIS

was on the 9TH day of APRIL, 2007 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 17, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
　　　　　　Deputy Clerk

- 2 -

## CERTIFICATE OF SERVICE

I, Jonathan Kravis, hereby certify that on this 24th day of March, 2008, I caused a true and correct copy of the foregoing Notice of Motion for *Pro Hac Vice* Admission of Jonathan I. Kravis to be served via first class mail, postage prepaid (with a courtesy copy by Federal Express) upon:

> Martin P. Russo
> Alison B. Cohen
> Nixon Peabody LLP
> 437 Madison Avenue
> New York, NY 10022
> *Counsel for Plaintiff*

_____
Jonathan Kravis

David E. Kendall (8983)
Steven M. Farina
Thomas H. L. Selby
Jonathan Kravis

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Defendant RSM International Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STAR ENERGY CORPORATION,

                Plaintiff,

    - against -

RSM TOP-AUDIT, *et al.*,

                Defendants.
-----------------------------------------------------------------X

No. 08 Civ. 00329

### [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Jonathan I. Kravis, Esquire, in the above-captioned matter, it is this ___ day of March 2008, hereby

    ORDERED that the motion is GRANTED, and

    IT IS FURTHER ORDERED THAT Jonathan I. Kravis shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

                SO ORDERED:

                _____
                United States District Judge