David E. Kendall (8983)
Steven M. Farina
Thomas H. L. Selby
Jonathan Kravis

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Defendant RSM International Limited*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STAR ENERGY CORPORATION,

        Plaintiff,

   - against -

RSM TOP-AUDIT, *et al.*,

        Defendants.
-------------------------------------------------------------X

No. 08 Civ. 00329

**[Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE***

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Thomas Selby, Esquire, in the above-captioned matter, it is this 4th day of April 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Thomas Selby shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

_____
United States District Judge