David E. Kendall (8983)
Steven M. Farina
Thomas H. L. Selby
Jonathan Kravis

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000



*Counsel for Defendant RSM International Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STAR ENERGY CORPORATION,

             Plaintiff,

   - against -

RSM TOP-AUDIT, *et al.*,

             Defendants.
-----------------------------------------------------------------X

No. 08 Civ. 00329

[Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

      This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Jonathan I. Kravis, Esquire, in the above-captioned matter, it is this 4th of April 2008, hereby

      ORDERED that the motion is GRANTED, and

      IT IS FURTHER ORDERED THAT Jonathan I. Kravis shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

                                SO ORDERED.

                                _____
                                United States District Judge