David E. Kendall (Bar No. DK 8983)
Steven M. Farina *(admitted pro hac vice)*
Thomas H. L. Selby *(admitted pro hac vice)*
Jonathan Kravis *(admitted pro hac vice)*

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Defendant RSM International, Limited*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

STAR ENERGY CORPORATION,

                    Plaintiff,

       - against -

RSM TOP-AUDIT, *et al.*,

                    Defendants.

-------------------------------------------------------------------X

No. 08 Civ. 00329

**ECF CASE**

**ORAL HEARING REQUESTED**

## MOTION TO DISMISS OF DEFENDANT RSM INTERNATIONAL LIMITED

        Pursuant to Federal Rule of Civil Procedure 12(b), Defendant RSM International Limited ("RSMi"), by and through undersigned counsel, hereby moves the Court to dismiss the claim against it on the grounds that:  (1) the Second Amended Complaint fails to state a claim upon which relief can be granted, and (2) the Court lacks personal jurisdiction over this defendant.  The grounds for this Motion are fully set forth in the accompanying Memorandum. A proposed order is also submitted.

        RSMi requests an oral hearing on this motion to dismiss.

Respectfully submitted,


/s/ Steven M. Farina
David E. Kendall (Bar No. DK 8983)
Steven M. Farina *(admitted pro hac vice)*
Thomas H. L. Selby *(admitted pro hac vice)*
Jonathan Kravis *(admitted pro hac vice)*

WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Defendant RSM International Limited*