```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
STAR ENERGY CORPORATION,

                           Plaintiff,      08 Civ. 00329 (DC)

               - against -

RSM TOP-AUDIT, RSM INTERNATIONAL
LIMITED, ELENA P. LOSS, SERGEY
SALNIKOV, ARMENAK SAFAROV, and JOHN
DOES 1-5,

                         Defendants.
----------------------------------------------------------x

## [~~PROPOSED~~] REVISED SCHEDULING ORDER

WHEREAS, on April 2, 2008 a pre-motion conference was held in the above-captioned action at which this Court established a briefing schedule in connection with defendant RSM International Limited's motion to dismiss the Second Amended Complaint filed herein; and

WHEREAS, Butzel Long, a professional corporation, has been engaged as counsel for plaintiff Star Energy Corporation in the above-captioned action in place and stead of Nixon Peabody LLP; and

WHEREAS, Butzel Long has caused to be filed with the Clerk of the Court on May 12, 2008 a Stipulation and Order for Substitution of Counsel and Declaration in Support of Notice of Substitution of Counsel;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

    1.    The date for the plaintiff to respond to RSM International Limited's Motion to Dismiss is extended from May 14, 2008 through and including May 28, 2008.

2.  The date for RSM International Limited to reply to the plaintiff's response is extended from May 21, 2008 through and including June 6, 2008.

Dated: New York, New York
       May 13 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2

000139269\0001\149937-1