UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
STAR ENERGY CORPORATION,

                    Plaintiff,   08 Civ. 00329 (DC)

- against -

RSM TOP-AUDIT, RSM INTERNATIONAL
LIMITED, ELENA P. LOSS, SERGEY
SALNIKOV, ARMENAK SAFAROV, and JOHN
DOES 1-5,

                    Defendants.
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

PLEASE TAKE NOTICE that BUTZEL LONG is hereby substituted as attorneys of record for the Plaintiff Star Energy Corporation in the above-captioned matter in substitution for the firm NIXON PEABODY LLP, which previously appeared as attorneys of record.

Dated: May 12, 2008
New York, New York

Superseding Attorneys
BUTZEL LONG
Martin P. Russo (MR-4134)
380 Madison Avenue
New York, New York 10017
Phone: 212-818-1110
Fax: 212-818-0494

Withdrawing Attorneys
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022
Phone: 212-940-3000
Fax: 212-940-3111

ADAM D. GILBERT, for

SO ORDERED:

U.S.D.J.

5/14/08

000139259\0001\1004221-1