UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Star Energy Corporation

                              Plaintiff,

                -against-

RSM Top-Audit, RSM International Limited,
Elena P. Loss, Sergey Salnikov,
Armenak Safarov, and John Does 1-5  Defendant.
-------------------------------------------------------------x

08 CIVIL 00329 ( DC )

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Martin P. Russo

☐ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       MR-4134

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: Nixon Peabody LLP

    To: Butzel Long

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* 380 Madison Avenue, New York, NY 10017

☐ *Telephone Number:* 212-818-1110

☐ *Fax Number:* 212-818-0494

☐ *E-Mail Address:* russo@butzel.com

Dated: May 15, 2008