UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Star Energy Corporation

                     Plaintiff,

          -against-

RSM Top-Audit, RSM International Limited,
Elena P. Loss, Sergey Salnikov,
Armenak Safarov, and John Does 1-5  Defendant.
------------------------------------------------------------x

08  CIVIL  00329  ( DC )

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Alison B. Cohen__

☐ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __AC-7702__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: __Nixon Peabody LLP__

    To: __Butzel Long__

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* __380 Madison Avenue, New York, NY 10017__

☐ *Telephone Number:* __212-818-1110__

☐ *Fax Number:* __212-818-0494__

☐ *E-Mail Address:* __cohen@butzel.com__

Dated: __May 15, 2008__