## AMENDED CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 28, 2008 he caused a true and correct copy of Plaintiff's Memorandum of Law in Opposition to Defendant RSM International Limited's Motion to Dismiss and the Declaration of Robert Sidorsky, Esq. in Opposition to Defendant RSM International Limited's Motion to Dismiss and the accompanying Exhibits thereto, to be served by Federal Express upon counsel for defendant RSM International Limited, as follows:

>Thomas H. L. Selby, Esq.
>Williams & Connolly LLP
>725 Twelfth Street, N.W.
>Washington, D.C.  20005
>Attorneys for RSM International Limited

DATED:  New York, New York
        June 3, 2008

>___/s/ Robert Sidorsky_____
>Robert Sidorsky