# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Robert Sidorsky
212 676 3913
sidorsky@butzel.com

22nd Floor   380 Madison Avenue
New York, New York 10017
T: 212 818 1110   F: 212 818 0494
butzel.com

May 30, 2008

**BY HAND**
Honorable Denny Chin
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/08
```

Re:  Star Energy Corporation v. RSM International Limited,
     08 Civ. 00329 (DC)

Dear Judge Chin:

We represent plaintiff Star Energy Corporation in the above-referenced action. We are enclosing herewith courtesy copies of Plaintiff's Memorandum of Law in Opposition to Defendant RSM International Limited's Motion to Dismiss and the accompanying Declaration of Robert Sidorsky, Esq. The enclosed documents were filed electronically on May 28, 2008, with the exception of Exhibits D and E to the Sidorsky Declaration, which we were unable to file, despite repeated efforts, because of technical difficulties. We consulted with the ECF Clerk yesterday, who advised us to file the Declaration manually, subject to authorization from Chambers. Accordingly, based on my telephone conversation with Mr. Tam this morning, I am also enclosing the original Declaration, including the exhibits thereto, for manual filing.

We would also respectfully request that the Court hear oral argument of the Motion to Dismiss.

*Approved,*
*So ORDERED.*

Respectfully submitted,

*Robert Sidorsky*
Robert Sidorsky

RS/flo
Enclosures

*[signature]*
*u/DJ  6/5/08*

cc: Thomas H.L. Selby, Esq. (via fax)
    Martin P. Russo, Esq.